## MEMORANDUM OPINION

Vacated. Remand.

389 P.3d 129

Gregory Dean KAUFMAN,
Plaintiff-Appellee,

v.

Merrill Linda KAUFMAN,
Defendant-Appellant

NO. CAAP-15-0000601

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 28, 2016.

APPEAL FROM THE FAMILY COURT
OF THE SECOND CIRCUIT (FC-D NO.
13-1-0027)

## SUMMARY DISPOSITION ORDER

Vacated. Remanded.

389 P.3d 129

STATE of Hawai'i, Plaintiff-Appellant,

v.

Brandon K. CHANG, Defendant-Appellee

NO. CAAP-15-0000880

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 29, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 15-1-
0598)

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 129

STATE of Hawai'i, Plaintiff-Appellant,

v.

Remind RAPUN, also known as Deuser
Usepweta, Defendant-Appellee

NO. CAAP-16-0000102

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 29, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 15-1-
1558)

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 129

HINCHCLIFF INVESTMENTS LLC, and
Clinton Hinchcliff, Jr., Plaintiffs/Coun-
terclaim-Defendants/Appellees,

v.

NIMBLE LAND CORPORATION, a Ha-
wai'i Corporation, aka Nimble Land,
Inc. and Dennis D. Smith, Defen-
dants/Counterclaim Plaintiffs/Cross-
Claim Plaintiffs/Third-Party Plain-
tiffs/Appellees,

and

Tamara Gouveia and Property Network,
Ltd., Defendants/Cross-Claim
Defendants/Appellees,

and

Doe Defendants 1-10, Defendants,

and

Wheels of Justice, LLC, Third-Party
Defendant-Appellant

NO. CAAP-13-0003776

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 6, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE THIRD CIRCUIT (CIVIL NO. 09-
1-223K)

MEMORANDUM OPINION

Affirmed.

389 P.3d 130

BANK OF AMERICA, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP, Plaintiff-Appellee,

v.

John Edward ANDERSON, III, Defendant-Appellant, Association of Apartment Owners of Kipapa Estates, County of Kauai, Defendants-Appellees,John Does, 1-50, Jane Does, 1-50, Defendants.

NO. CAAP-13-0006277

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 12, 2017.

As Amended February 23, 2017

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT (CIVIL NO. 12-1-0359)

MEMORANDUM OPINION

Affirmed.

389 P.3d 130

AA, Plaintiff-Appellant,

v.

AA, Defendant-Appellee

NOS. CAAP-15-0000056, CAAP-15-0000057, CAAP-15-0000058

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 17, 2017.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT, HILO DIVISION (FC-D NO. 13-1-238)

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 130

WERNER PLASTERING, INC., a Hawai'i corporation, Claimant-Appellant,

v.

BLACK PEAK CONSTRUCTION, LLC, a Colorado limited liability corporation, The Shops at Wailea, L.P., a Delaware limited partnership; L'Occitane, Inc., a corporation, Respondents-Appellees,

and

John Doe One Through 100; Jane Doe One Through 100; X Corporation; ABC Partnership; and Def, LLC, Respondents

NO. CAAP-14-0000750

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, January 18, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (MECHANIC LIEN NO. 13-1-0004(2))